1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA and<br>KATHY JAKABCIN, Revenue Officer, | ) ) | NO.  CV-09-2221-SI |
| 11 | Petitioners, | ) ) ) | |
| 12 | v. | ) ) | ORDER ENFORCING SUMMONS |
| 13 | REGGIE DATANGEL, | ) ) ) | |
| 14 | Respondent. | ) ) | |
| 15 | _____ | ) | |

16      This case having come on for hearing on July 17, 2009, at 9:00 a.m., upon the return of an

17  Order to Show Cause heretofore issued by this Court, and the Court having considered the record

18  herein, including the Verified Petition To Enforce Internal Revenue Service Summons, it is

19  hereby:

20      ORDERED that respondent, Reggie Datangel, shall appear before Revenue Officer Kathy

21  Jakabcin, or any other designated agent, on the ___6th___ day of ___August___, 2009, at

22  _9:00_ o'clock ___a___.m. at the Offices of the Internal Revenue Service located at 185

23  Lennon Lane, 1st Floor, Walnut Creek, CA, 94598, and then and there give testimony relating to

24  the matters described in the subject Internal Revenue Service summonses, copies of which are

25  attached hereto as Exhibits A and produce for the Revenue Officer's inspection and copying

26  respondent's records also described in the subject Internal Revenue Service summonses.

27      ORDERED this 17th day of July, 2009, at San Francisco, California.

28

_____
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I, <u>KATHY TAT</u> declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers.  The undersigned further certifies that I caused a copy of the following:

ORDER ENFORCING SUMMONS

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___ FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_____ PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)

_____ FACSIMILE (FAX) No.: _____

to the parties addressed as follows:

Reggie Datangel
5109 Feather Way
Antioch, CA 94531-8498

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on <u>July 17, 2009</u> at San Francisco, California.

_____ /s/ Kathy Tat
KATHY TAT
Legal Assistant